# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERTO I. LOPEZ,**

    Plaintiff,

  v.                                 Case No. 17-CV-527

**UNITED STATES OF AMERICA,**

    Defendant.

## RECOMMENDATION TO DISMISS ACTION FOR LACK OF JURISDICTION

On April 13, 2017, Robert I. Lopez filed a motion under 28 U.S.C. § 2255 in which he seeks to vacate, set aside, or correct his sentence. *See* Motion, ECF No. 1. Mr. Lopez, who is proceeding without the assistance of counsel, is currently incarcerated at Columbia Correctional Institution—a State of Wisconsin Department of Corrections institution. He is therefore in state custody pursuant to a state-court judgment of conviction. Relief under § 2255, however, is available only for federal prisoners. *See* 28 U.S.C. § 2255(a) (providing that the statute applies only to prisoners "in custody under sentence of a court established by Act of Congress"). This action must therefore be dismissed for lack of jurisdiction.

Because not all parties have had the opportunity to consent to magistrate judge jurisdiction, I cannot order the entry of judgment in this action. *See Coleman v. Labor & Indus. Review Comm'n*, No. 15-3254, 2017 U.S. App. LEXIS 10721, at *1–2 (7th Cir. 2017). The matter therefore will be referred to a district judge for

review of my recommendation that this action be dismissed for lack of jurisdiction. Mr. Lopez may challenge his state-court judgment of conviction by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Indeed, he already has. *See Lopez v. Dittmann*, Case No. 17-cv-00528 (E.D. Wis.).

**NOW, THEREFORE, IT IS HEREBY RECOMMENDED** that this action be **DISMISSED** for lack of jurisdiction and that judgment be entered accordingly.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this Recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2017.

BY THE COURT:

*s/ David E. Jones*
DAVID E. JONES
United States Magistrate Judge
